IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO.: 19-CI-_____

*Electronically Filed*

| | |
|---|---|
| **KRISTI PITTMAN, as Parent, Guardian and Next Friend of M.G., J.G., and D.G.** | **PLAINTIFF** |
| **and** | |
| **DALE GOODEN, as Parent, Guardian and Next Friend of M.G., J.G., and D.G.** | |
| **v.** | |
| **ANGELA RUTHERFORD, MEGAN SIEPP and BROWN COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES** | **DEFENDANTS** |

## NOTICE OF REMOVAL

Please take notice that the Defendants, Angela Rutherford, Megan Siepp and Brown County Department of Job and Family Services ("Defendants"), by special and limited appearance of counsel, without waiving any defenses including, among others, defenses relating to service of process and jurisdiction, have removed this action from the Bracken Circuit Court to the United States District Court for the Eastern District of Kentucky at Covington. Copies of all process, pleadings, and orders served on these Defendants are attached hereto and made a part hereof.

## GROUNDS FOR REMOVAL

1. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. § 1332(a)(1), and the Defendants may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of

interest and costs and complete diversity of citizenship exists. This action may be removed pursuant to 28 U.S.C. § 1441(a) if it is one "of which the district courts…have original jurisdiction."

2. The Plaintiff commenced this action in the Bracken Circuit Court by filing a Complaint on or about February 12, 2019, styled *Kristi Pittman, as Parent, Guardian and Next Friend of M.G., J.G., and D.G. and Dale Gooden, as Parent, Guardian and Next Friend of M.G., J.G., and D.G. v. Angela Rutherford, Megan Siepp and Brown County Department of Job and Family Services*, Civil Action No. 19-CI-00018. The Plaintiffs' Complaint alleges that they are entitled to recover compensatory and punitive damages and alleges that the Defendants made "false and fraudulent representations" resulting in damages.

3. The Plaintiff served a copy of the Complaint upon Defendants via Kentucky's Secretary of State, which mailed a copy of the Complaint to all Defendants on February 22, 2019.

4. The Defendants made a special and limited appearance in the Bracken Circuit Court only to contest jurisdiction and filed a Motion to Dismiss the Plaintiff's Complaint on March 13, 2019. The basis for this Motion was that the Complaint failed to plead facts establishing that the exercise of jurisdiction would comport with either Kentucky's long-arm statute or the United States Constitution.

5. The Plaintiffs filed their First Amended Complaint on March 15, 2019, asserting substantially the same allegations but providing additional details as to why the Plaintiffs believed the Bracken Circuit Court could exercise jurisdiction over the Defendants.

6. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of the Defendants' receipt of the Complaint.

7. Pursuant to L.R. 3.1(a)(1), Bracken Circuit Court is located within the jury division of the United States District for the Eastern District of Kentucky, Northern Division at Covington.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendants are attached hereto at Exhibit A.[1] A copy of the docket summary from the Bracken Circuit Court is attached as Exhibit B.[2]

9. As required by 28 U.S.C. § 1332(a), the amount in controversy exceeds $75,000.00, exclusive of interest and costs. (In the Amended Complaint, the Plaintiffs requested damages exceeding $100,000.00 per child, see Amended Complaint, ¶ 8).

10. As required by 28 U.S.C. § 1332(a)(1), the parties are citizens of different states. The Complaint alleges that Plaintiff Kristi Pittman is a citizen of Kentucky (Complaint ¶ 1), Plaintiff Dale Gooden is a citizen of Kentucky (Complaint ¶ 2), Defendant Angela Rutherford is a citizen of Ohio (Complaint ¶ 3), Defendant Megan Siepp is a citizen of Ohio (Complaint ¶ 4), and Defendant Brown County, Ohio, Department of Job and Family Services is "an agency or instrumentality of Brown County, Ohio, and/or the State of Ohio." (Complaint ¶ 5).

11. By removing this action to this Court, the Defendants do not waive any defenses available to them and expressly reserve the right to assert all such defenses.

12. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants in this action consent to removal.

WHEREFORE, the Defendants, Angela Rutherford, Megan Siepp and Brown County Department of Job and Family Services, respectfully request this Court assume jurisdiction over the above-captioned case.

---

[1] Exhibit A, Bracken Circuit Court Record.
[2] Exhibit B, Bracken Circuit Court Docket Summary.

Respectfully submitted,

**MAZANEC, RASKIN & RYDER CO., LPA**

*/s/ Barry M. Miller*_____
BARRY M. MILLER
CURT M. GRAHAM
230 Lexington Green Circle, Suite 605
Lexington, KY 40503
Telephone: (859) 899-8499
Facsimile:  (859) 899-8498
BMiller@MRRLaw.com
CGraham@MRRLaw.com
**ATTORNEYS FOR DEFENDANTS
ANGELA RUTHERFORD, MEGAN SIEPP,
AND BROWN COUNTY DEPARTMENT OF
JOB AND FAMILY SERVICES**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served electronically in accordance with the method established under the ECF User Manual for the United States District Court, Eastern and Western Districts, upon those registered to receive electronic service, and by USPS, postage prepaid, on this the 21st day of March, 2019 to the following:

Randy J. Blankenship, Esq.
Blankenship Massey & Associates, PLLC
504 Erlanger Road
Erlanger, KY 41018
rblankenship@nkylawyers.com
*Co-Counsel for Plaintiff*

N. Jeffrey Blankenship, Esq.
Monohan & Blankenship
771 Ewing Blvd., Suite 100
Florence, KY 41042
jeff@kyattys.com
*Co-Counsel for Plaintiff*

*s/ Barry M. Miller*
*Counsel for Defendants*